**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL No. 3076 |

## AMENDED CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on March 10, 2023, a copy of the foregoing Notice of Appearance, Corporate Disclosure Statement, and Memorandum of Law of Defendants Sequoia Capital Operations, LLC and Paradigm Operations LP in Support of the Motion for Transfer of Related Actions for Coordinated or Consolidated Pretrial Proceedings Pursuant to 28 U.S.C. § 1407 were filed electronically with the Clerk of the Judicial Panel on Multidistrict Litigation by using the CM/ECF system and served on all counsel or parties in the manners indicated and addressed as follows:

| VIA CM/ECF | | |
|---|---|---|
| Elliott Lam | represented by | William M. Audet<br>Audet & Partners, LLP<br>711 Van Ness Avenue<br>Suite 500<br>San Francisco, CA 94102-3229<br>415-568-2555<br>Fax: 415.568-2556<br>Email: waudet@audetlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Kurt David Kessler<br>Audet & Partners LLP<br>711 Van Ness Avenue<br>Suite 500 |

| | | San Francisco, CA 94102-3275 |
| | | 4155682555 |
| | | Email: kkessler@audetlaw.com |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | Laurence D. King |
| | | Kaplan Fox & Kilsheimer LLP |
| | | 1999 Harrison Street, Suite 1560 |
| | | Oakland, CA 94612 |
| | | (415) 772-4700 |
| | | Fax: (415) 772-4707 |
| | | Email: lking@kaplanfox.com |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | Ling Yue Kuang |
| | | Audet & Partners, LLP |
| | | 711 Van Ness Avenue, Suite 500 |
| | | San Francisco, CA 94102 |
| | | 415-568-2555 |
| | | Fax: 415-568-2556 |
| | | Email: lkuang@audetlaw.com |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | Yaman Salahi |
| | | Edelson PC |
| | | 150 California Street, 18th Floor |
| | | San Francisco, CA 94111 |
| | | (415) 212-9300 |
| | | Fax: (415) 373-9435 |
| | | Email: ysalahi@edelson.com |
| | | *ATTORNEY TO BE NOTICED* |
| Julie Papadakis | represented by | Laurence D. King |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | Todd M. Logan |
| | | Edelson PC |
| | | 150 California Street, 18th Floor |
| | | San Francisco, CA 94111 |
| | | (415) 212-9300 |
| | | Fax: (415) 373-9435 |
| | | Email: tlogan@edelson.com |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | Yaman Salahi |

| | | (See above for address) *ATTORNEY TO BE NOTICED* |
|---|---|---|
| Russell Hawkins | represented by | Laurence D. King<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>Yaman Salahi<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| Sam Bankman-Fried | represented by | Jeremy Mishkin<br>Montgomery McCracken<br>1735 Market Street<br>Ste 21st Floor<br>Philadelphia, PA 19103<br>215-772-7246<br>Fax: 215-772-7620<br>Email: jmishkin@mmwr.com<br>*ATTORNEY TO BE NOTICED*<br><br>Richard M. Simins<br>Montgomery McCracken Walker &<br>Rhoads, LLP<br>1735 Market Street, 21st Floor<br>Philadelphia, PA 19103<br>215-772-7303<br>Fax: 215-772-7620<br>Email: rsimins@mmwr.com<br>*ATTORNEY TO BE NOTICED* |
| Michael Elliott Jessup | represented by | Laurence D. King<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>Todd M. Logan<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>Yaman Salahi<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| Stephen T Pierce | represented by | Marshal Hoda<br>The Hoda Law Firm, PLLC<br>12333 Sowden Road, Suite B, PMB<br>51811<br>Houston, TX 77080<br>(832) 848-0036<br>Email: marshal@thehodalawfirm.com |

| | | |
|---|---|---|
| | | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Laurence D. King<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>Yaman Salahi<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| Julie Chon Papadakis | represented by | Laurence D. King<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| Soham Bhatia | represented by | Daniel C. Girard<br>Girard Sharp LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>415-981-4800<br>Fax: 415-981-4846<br>Email: dgirard@girardsharp.com<br>*ATTORNEY TO BE NOTICED*<br><br>Jason Kellogg<br>Levine Kellogg Lehman Schneider +<br>Grossman LLP<br>100 SE 2nd Street 36th Floor<br>Miami, FL 33131 |
| Matson Magleby | represented by | Daniel C. Girard<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| Golam Sakline | represented by | Daniel C. Girard<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| Nicole Keane | represented by | Daniel C. Girard<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| Patrick Rabbitte | represented by | Eric Ian Niehaus<br>Robbins Geller Rudman and Dowd<br>LLP<br>655 West Broadway<br>Suite 1900<br>San Diego, CA 92101-3301<br>619-231-1058<br>Fax: 619-231-7423<br>Email: ericn@rgrdlaw.com |

| | | |
|---|---|---|
| | | *ATTORNEY TO BE NOTICED*<br><br>Shawn A. Williams<br>Robbins Geller Rudman & Dowd LLP<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>(415) 288-4545<br>Fax: (415) 288-4534<br>Email: shawnw@rgrdlaw.com<br>*ATTORNEY TO BE NOTICED* |
| Silvergate Capital Corporation | represented by | Polly Towill<br>Sheppard, Mullin, Richter & Hampton LLP<br>333 S. Hope Street, 48th Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>Fax: 213-620-1398<br>Email: ptowill@sheppardmullin.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| Silvergate Bank | represented by | Polly Towill<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| Alan J. Lane | represented by | Polly Towill<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| Stephen T Pierce | represented by | Patrick Yarborough<br>Foster Yarborough PLLC<br>917 Franklin Street, Suite 220<br>Houston, TX 77002<br>(713) 331-5254<br>Fax: (713) 513-5202<br>Email: patrick@fosteryarborough.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Marshal Hoda<br>The Hoda Law Firm, PLLC<br>12333 Sowden Road, Suite B, PMB 51811<br>Houston, TX 77080<br>(832) 848-0036 |

| | | |
|---|---|---|
| | | Email: marshal@thehodalawfirm.com<br>*ATTORNEY TO BE NOTICED*<br><br>Steven C. Vondran<br>The Law Offices of Steven C.<br>Vondran, PC<br>One Sansome Street, Suite 3500<br>San Francisco, CA 94104<br>(877) 276-5084<br>Fax: (888) 551-2252<br>Email: steve@vondranlegal.com<br>*ATTORNEY TO BE NOTICED* |
| Russell Hawkins | represented by | Jennifer Pafiti<br>Pomerantz LLP<br>1100 Glendon Avenue, 15th Floor<br>Los Angeles, CA 90024<br>(310) 405-7190<br>Email: jpafiti@pomlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Christopher Phillip Taylor Tourek<br>Pomerantz LLP<br>10 S LaSalle St<br>Suite 3505<br>Chicago, IL 60603<br>United Sta<br>312-377-1181<br>Email: ctourek@pomlaw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Eitan Kimelman<br>Bronstein Gewirtz & Grossman LLC<br>60 East 42nd Street<br>Suite 4600<br>New York, NY 10165<br>(212) 697-6484<br>Fax: (212) 697-7296<br>Email: eitank@bgandg.com<br>*ATTORNEY TO BE NOTICED*<br><br>J Alexander Hood , II<br>Pomerantz LLP<br>600 Third Avenue, 20th Floor<br>New York, NY 10016 |

| | | |
|---|---|---|
| | | (212) 661-1100<br>Fax: (212) 661-8665<br>Email: ahood@pomlaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>Jeremy A. Lieberman<br>Pomerantz LLP<br>600 Third Avenue, 20th Floor<br>New York, NY 10016<br>(212) 661-1100<br>Fax: (212) 661-8665<br>Email: jalieberman@pomlaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>Joshua B. Silverman<br>Pomerantz LLP<br>10 South LaSalle Street, Suite 3505<br>Chicago, IL 60603<br>312-377-1181<br>Fax: 312-377-1184<br>Email: jbsilverman@pomlaw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Peretz Bronstein<br>Bronstein Gewirtz & Grossman, LLC<br>60 East 42nd Street, Suite 4600<br>New York, NY 10165<br>(212) 697-6484<br>Fax: (212) 697-7296<br>Email: peretz@bgandg.com<br>*ATTORNEY TO BE NOTICED* |
| Michael Elliott Jessup | represented by | P. Solange Hilfinger-Pardo<br>Edelson PC<br>150 California Street<br>18th Floor<br>San Francisco, CA 94111<br>415-212-9300<br>Email: shilfingerpardo@edelson.com<br>*ATTORNEY TO BE NOTICED*<br><br>Todd M. Logan<br>Edelson PC<br>150 California Street, 18th Floor<br>San Francisco, CA 94111<br>(415) 212-9300 |

| | | |
|---|---|---|
| | | Fax: (415) 373-9435<br>Email: tlogan@edelson.com<br>*ATTORNEY TO BE NOTICED* |
| Julie Chon Papadakis | represented by | Blair Elizabeth Reed<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>94612<br>Oakland, CA 94612<br>415-772-4700<br>Email: breed@kaplanfox.com<br>*ATTORNEY TO BE NOTICED*<br><br>Kathleen A. Herkenhoff<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>(415) 772-4700<br>Fax: (415) 772-4707<br>Email: Kherkenhoff@kaplanfox.com<br>*ATTORNEY TO BE NOTICED*<br><br>Laurence D. King<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>(415) 772-4700<br>Fax: (415) 772-4707<br>Email: lking@kaplanfox.com<br>*ATTORNEY TO BE NOTICED* |
| Julie Papadakis | represented by | Frederic S. Fox<br>Kaplan Fox & Kilsheimer LLP<br>800 Third Avenue<br>38th Floor<br>New York, NY 10022<br>212-687-1980<br>Email: FFox@kaplanfox.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Jeffrey Philip Campisi<br>Kaplan Fox & Kilsheimer LLP<br>800 Third Ave<br>38th Floor<br>New York, NY 10022<br>212-687-1980<br>Email: jcampisi@kaplanfox.com |

|  |  | *PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Joel B. Strauss<br>Kaplan Fox & Kilsheimer LLP<br>800 Third Ave, 38th Floor<br>New York, NY 10022<br>212-687-1980<br>Email: jstrauss@kaplanfox.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Kathleen A. Herkenhoff<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>Laurence D. King<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
| Armanino LLP | represented by | Ann Marie Mortimer<br>Hunton Andrews Kurth LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>(213) 532-2103<br>Email: amortimer@HuntonAK.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Kirk Austin Hornbeck<br>Hunton Andrews Kurth LLP<br>Los Angeles Office<br>550 S. Hope Street<br>Suite 2000<br>Los Angeles, CA 90071<br>213-532-2000<br>Fax: 213-532-2020<br>Email: khornbeck@HuntonAK.com<br>*ATTORNEY TO BE NOTICED*<br><br>Matthew P. Bosher<br>Hunton Andrews Kurth LLP<br>2200 Pennsylvania Ave NW<br>Washington, DC 20037<br>202-955-1864<br>Email: mbosher@huntonak.com<br>*PRO HAC VICE* |

| | | |
|---|---|---|
| | | *ATTORNEY TO BE NOTICED*<br><br>Thomas Richard Waskom<br>Hunton Andrews Kurth LLP<br>951 East Byrd St.<br>Richmond, VA 23219<br>(804)788-8403<br>Email: twaskom@HuntonAK.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| Prager Metis CPAs, LLC | represented by | Bruce Roger Braun<br>Sidley Austin LLP<br>One S. Dearborn<br>Chicago, Il 60603<br>312-853-7000<br>Fax: 312-853-7036<br>Email: bbraun@sidley.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Joanna Rubin Travalini<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>312-853-2077<br>Email: jtravalini@sidley.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Sarah Alison Hemmendinger<br>Sidley Austin LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>415-772-7413<br>Fax: 415-772-7400<br>Email: shemmendinger@sidley.com<br>*ATTORNEY TO BE NOTICED*<br><br>Tommy Hoyt<br>Sidley Austin LLP<br>One S. Dearborn Street<br>Chicago, IL 60603<br>312-853-0914<br>Fax: 312-853-7036<br>Email: thoyt@sidley.com |

| | | |
|---|---|---|
| | | *PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Irene Yang<br>Sidley Austin LLP<br>555 California Street Suite 2000<br>San Francisco, California  94104<br>415-772-1230 (San Francisco)<br>650-565-7530 (Palo Alto)<br>Email: irene.yang@sidley.com<br>*ATTORNEY TO BE NOTICED* |
| Soham Bhatia | represented by | Matthew W. Reiser<br>Reiser Law<br>1475 N. Broadway, Suite 300<br>Walnut Creek, CA 94596<br>(925) 256-0400<br>Email: matthew@reiserlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Michael Joseph Reiser<br>Reiser Law p.c.<br>1475 N. Broadway<br>Suite #300<br>Walnut Creek, CA 94596<br>(925)256-0400<br>Fax: 925-476-0304<br>Email: Michael@reiserlaw.com<br>*ATTORNEY TO BE NOTICED* |
| Matson Magleby | represented by | Daniel C. Girard<br>Girard Sharp LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>415-981-4800<br>Fax: 415-981-4846<br>Email: dgirard@girardsharp.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Adam E. Polk<br>Girard Sharp LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>(415) 981-4800<br>Fax: (415) 981-4846<br>Email: apolk@girardsharp.com |

| | | |
|---|---|---|
| | | *ATTORNEY TO BE NOTICED*<br><br>Jason Scott Hartley<br>Hartley LLP<br>101 W. Broadway<br>Suite 820<br>San Diego, CA 92101<br>(619) 400-5822<br>Fax: (619) 400-5832<br>Email: hartley@hartleyllp.com<br>*ATTORNEY TO BE NOTICED*<br><br>Jason Michael Lindner<br>Hartley LLP<br>101 W. Broadway<br>Suite 820<br>San Diego, CA 92101<br>619-400-5822<br>Fax: 619-400-5832<br>Email: lindner@hartleyllp.com<br>*ATTORNEY TO BE NOTICED*<br><br>Tom Lane Watts<br>Girard Sharp LLP<br>601 California Street. Suite 1400<br>San Francisco, CA 94108<br>United Sta<br>(415) 981-4800<br>Email: tomw@girardsharp.com<br>*ATTORNEY TO BE NOTICED* |
| Golam Sakline | represented by | Daniel C. Girard<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Adam E. Polk<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>Jason Scott Hartley<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>Jason Michael Lindner<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| | | Tom Lane Watts<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
| Nicole Keane | represented by | Jack Fitzgerald<br>Fitzgerald Joseph, LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>(619) 215-1741<br>Email: jack@fitzgeraldjoseph.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Caroline Emhardt<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>(619) 215-1741<br>Email: caroline@fitzgeraldjoseph.com<br>*ATTORNEY TO BE NOTICED*<br><br>James M. Davis<br>Blood Hurst & O'Reardon, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>619-338-1100<br>Fax: 619-338-1101<br>Email: jdavis@bholaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>Melanie Rae Persinger<br>Fitzgerald Joseph, LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>(619) 215-1741<br>Email: melanie@fitzgeraldjoseph.com<br>*ATTORNEY TO BE NOTICED*<br><br>Paul K. Joseph<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>(619) 215-1741<br>Email: paul@fitzgeraldjoseph.com<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| | | Thomas Joseph O'Reardon , II<br>Blood Hurst & O'Reardon, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>(619) 338-1100<br>Fax: (619) 338-1101<br>Email: toreardon@bholaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>Timothy G. Blood<br>Blood Hurst & O'Reardon, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>(619) 338-1100<br>Fax: (619) 338-1101<br>Email: tblood@bholaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>Trevor Matthew Flynn<br>Fitzgerald Joseph, LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>(619) 215-1741<br>Email: trevor@fitzgeraldjoseph.com<br>*ATTORNEY TO BE NOTICED* |
| Edwin Garrison | represented by | Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Miami, FL 33134<br>(305) 740-1423<br>Email: joseph@moskowitz-law.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Stephen N. Zack<br>Boies Schiller & Flexner<br>100 SE 2nd Street<br>Suite 2800, Miami Tower<br>Miami, FL 33131-2144<br>305-539-8400<br>Fax: 305-539-1307<br>Email: szack@bsfllp.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Ursula Ungaro |

| | | |
|---|---|---|
| | | Boies Schiller Flexner LLP<br>100 SE 2nd Street<br>Suite 2800<br>Miami, FL 33131<br>305-479-6553<br>Email: uungaro@bsfllp.com *(Inactive)*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Alexander Boies<br>Boies Schiller Flexner LLP<br>55 Hudson Yards, 20th Floor<br>New York, NY 10001<br>(212) 446-2320<br>Email: aboies@bsfllp.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>(914) 749-8200<br>Email: dboies@bsfllp.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Tyler Evan Ulrich<br>Boies Schiller and Flexner LLP<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131<br>305-539-8400<br>Fax: 305-539-1307<br>Email: tulrich@bsfllp.com<br>*ATTORNEY TO BE NOTICED*<br><br>Adam M. Moskowitz<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>305 740-1423<br>Email: adam@moskowitz-law.com<br>*ATTORNEY TO BE NOTICED* |
| Gregg Podalsky | represented by | Joseph M. Kaye<br>(See above for address)<br>*LEAD ATTORNEY* |

| | | |
|---|---|---|
| | | *ATTORNEY TO BE NOTICED*<br><br>Stephen N. Zack<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Ursula Ungaro<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Adam M. Moskowitz<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>Alexander Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>Email: aboies@bsfllp.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>David Boies<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Tyler Evan Ulrich<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| Skyler Lindeen | represented by | Joseph M. Kaye<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Stephen N. Zack<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Ursula Ungaro<br>(See above for address)<br>*LEAD ATTORNEY* |

| | | |
|---|---|---|
| | | *ATTORNEY TO BE NOTICED*<br><br>Adam M. Moskowitz<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>Alexander Boies<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>David Boies<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Tyler Evan Ulrich<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| Alexander Chernyavsky | represented by | Joseph M. Kaye<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Stephen N. Zack<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Ursula Ungaro<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Adam M. Moskowitz<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>Alexander Boies<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>David Boies<br>(See above for address)<br>*PRO HAC VICE* |

| | | |
|---|---|---|
| | | *ATTORNEY TO BE NOTICED*<br><br>Tyler Evan Ulrich<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| Gary Gallant | represented by | Joseph M. Kaye<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Stephen N. Zack<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Ursula Ungaro<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Adam M. Moskowitz<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>Alexander Boies<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>David Boies<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Tyler Evan Ulrich<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| David Nicol | represented by | Joseph M. Kaye<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Stephen N. Zack<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | Ursula Ungaro<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Adam M. Moskowitz<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>Alexander Boies<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>David Boies<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Tyler Evan Ulrich<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| Sunil Kavuri | represented by | Adam M. Moskowitz<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>Stephen N. Zack<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>Tyler Evan Ulrich<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| Stuart Z. Grossman | represented by | Stuart Z. Grossman<br>Grossman, Roth, Yaffa, Cohen, PA<br>2525 Ponce de Leon Boulevard<br>Suite 1150<br>Coral Gables, FL 33134<br>305-442-8666<br>Fax: 285-1668<br>Email: szg@grossmanroth.com<br>*ATTORNEY TO BE NOTICED* |
| Sam Bankman-Fried | represented by | Gerald Edward Greenberg<br>Gelber Schachter & Greenberg PA<br>One Southeast Third Avenue |

| | | Suite 2600<br>Miami, FL 33131-1715<br>305-728-0950<br>Fax: 305-728-0951<br>Email: ggreenberg@gsgpa.com<br>LEAD ATTORNEY<br>*ATTORNEY TO BE NOTICED*<br><br>Adam Michael Schachter<br>Gelber Schachter & Greenberg PA<br>One Southeast Third Avenue<br>Ste 2600<br>Miami, FL 33131-1715<br>305-728-0950<br>Email: aschachter@gsgpa.com<br>*ATTORNEY TO BE NOTICED*<br><br>Jeremy Mishkin<br>Montgomery McCracken<br>1735 Market Street<br>Ste 21st Floor<br>Philadelphia, PA 19103<br>215-772-7246<br>Fax: 215-772-7620<br>Email: jmishkin@mmwr.com<br>*ATTORNEY TO BE NOTICED*<br><br>Richard M. Simins<br>Montgomery McCracken Walker &<br>Rhoads, LLP<br>1735 Market Street, 21st Floor<br>Philadelphia, PA 19103<br>215-772-7303<br>Fax: 215-772-7620<br>Email: rsimins@mmwr.com<br>*ATTORNEY TO BE NOTICED* |
| Thomas Brady | represented by | Roberto Martinez<br>Colson Hicks Eidson<br>255 Alhambra Circle<br>Penthouse<br>Coral Gables, FL 33134-2351<br>305-476-7400<br>Fax: 476-7444<br>Email: bob@colson.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | Andrew B. Clubok<br>Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>Email: andrew.clubok@lw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Brittany M.J. Record<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>(202) 637-2200<br>Email: Brittany.Record@lw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Elizabeth A. Greenman<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>(424) 653-5500<br>Email: Elizabeth.Greenman@lw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Jessica Stebbins Bina<br>Latham & Watkins LLP<br>10250 Constellation Blvd. Suite 1100<br>Los Angeles, CA 90067<br>(424) 653-5500<br>Email: Jessica.stebbinsbina@lw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Marvin Putnam<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>(424) 653-5500<br>Email: Marvin.Putnam@lw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

| | | |
|---|---|---|
| | | Michele D. Johnson<br>Latham & Watkins LLP<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626<br>(714) 540-1235<br>Email: michele.johnson@lw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Stephanie Anne Casey<br>Colson Hicks Eidson<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br>(305) 476-7400<br>Fax: (305) 476-7444<br>Email: scasey@colson.com<br>*ATTORNEY TO BE NOTICED*<br><br>Susan E. Engel<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>(202) 637-2200<br>Email: Susan.Engel@lw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Zachary Andrew Lipshultz<br>Colson Hicks Eidson<br>255 Alhambra Circle<br>Coral Gables, FL 33134<br>3054767400<br>Email: zach@colson.com<br>*ATTORNEY TO BE NOTICED* |
| Gisele Bundchen | represented by | Roberto Martinez<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Andrew B. Clubok<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Brittany M.J. Record<br>(See above for address) |

| | | |
|---|---|---|
| | | *PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Elizabeth A. Greenman<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Jessica Stebbins Bina<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Marvin Putnam<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Michele D. Johnson<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Stephanie Anne Casey<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>Susan E. Engel<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Zachary Andrew Lipshultz<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| David Ortiz | represented by | Christopher Stephen Carver<br>Akerman LLP<br>Three Brickell City Centre Suite 1100<br>98 Southeast Seventh Street<br>Miami, FL 33131<br>305-982-5572<br>Fax: 305-374-5095<br>Email:<br>christopher.carver@akerman.com<br>*ATTORNEY TO BE NOTICED* |

| | | Jason Samuel Oletsky<br>Akerman LLP<br>201 East Las Olas Boulevard<br>Ste 1800<br>Fort Lauderdale, FL 33301<br>954-759-8909<br>Fax: 954-463-2224<br>Email: jason.oletsky@akerman.com<br>*ATTORNEY TO BE NOTICED*<br><br>Katherine Ann Johnson<br>Akerman LLP<br>201 E. Las Olas Blvd., Suite 1800<br>Fort Lauderdale, FL 33301<br>954-463-2700<br>Fax: 954-463-2224<br>Email: Katie.johnson@akerman.com<br>*ATTORNEY TO BE NOTICED* |
| William Trevor Lawrence | represented by | David Alan Rothstein<br>Dimond Kaplan & Rothstein<br>2665 South Bayshore Drive<br>PH-2B<br>Coconut Grove, FL 33133<br>305-374-1920<br>Fax: 374-1961<br>Email: drothstein@dkrpa.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Alexander Manuel Peraza<br>Dimond Kaplan & Rothstein P.A.<br>2665 S Bayshore Drive<br>Ste Ph-2b<br>Coconut Grove, FL 33133<br>305-374-1920<br>Fax: 305-374-1961<br>Email: aperaza@dkrpa.com<br>*ATTORNEY TO BE NOTICED*<br><br>Eric A. Fitzgerald<br>McAngus Goudelock & Courie LLC<br>2000 Market Street, Suite 780<br>Philadelphia, PA 19103<br>(484) 406-4334<br>Email: eric.fitzgerald@mgclaw.com<br>*PRO HAC VICE* |

| | | |
|---|---|---|
| | | *ATTORNEY TO BE NOTICED*<br><br>Eshaba Jahir-Sharuz<br>Dimond Kaplan , Rothstein<br>2665 S Bayshore Dr<br>PH2B<br>Miami, FL 33133<br>3053741920<br>Fax: 3053741961<br>Email: eshaba@dkrpa.com<br>*ATTORNEY TO BE NOTICED*<br><br>Hillary N. Ladov<br>McAngus Goudelock & Courie LLC<br>2000 Market Street, Suite 780<br>Philadelphia, PA 19103<br>(484) 406-4306<br>Email: hillary.ladov@mgclaw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| Lawrence Gene David | | Roberto Martinez<br>Colson Hicks Eidson<br>255 Alhambra Circle<br>Penthouse<br>Coral Gables, FL 33134-2351<br>305-476-7400<br>Fax: 476-7444<br>Email: bob@colson.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Andrew B. Clubok<br>Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>Email: andrew.clubok@lw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Brittany M.J. Record<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>(202) 637-2200<br>Email: Brittany.Record@lw.com |

| | | |
|---|---|---|
| | | *PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Elizabeth A. Greenman<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>(424) 653-5500<br>Email: Elizabeth.Greenman@lw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Jessica Stebbins Bina<br>Latham & Watkins LLP<br>10250 Constellation Blvd. Suite 1100<br>Los Angeles, CA 90067<br>(424) 653-5500<br>Email: Jessica.stebbinsbina@lw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Marvin Putnam<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>(424) 653-5500<br>Email: Marvin.Putnam@lw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Michele D. Johnson<br>Latham & Watkins LLP<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626<br>(714) 540-1235<br>Email: michele.johnson@lw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Stephanie Anne Casey<br>Colson Hicks Eidson<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br>(305) 476-7400<br>Fax: (305) 476-7444<br>Email: scasey@colson.com |

| | | |
|---|---|---|
| | | *ATTORNEY TO BE NOTICED*<br><br>Susan E. Engel<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>(202) 637-2200<br>Email: Susan.Engel@lw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Zachary Andrew Lipshultz<br>Colson Hicks Eidson<br>255 Alhambra Circle<br>Coral Gables, FL 33134<br>3054767400<br>Email: zach@colson.com<br>*ATTORNEY TO BE NOTICED* |
| Kevin O'Leary | represented by | Brandon Scott Floch<br>Marcus Neiman Rashbaum & Pineiro LLP<br>2 South Biscayne Blvd.<br>Suite 2530<br>Miami, FL 33131<br>305-434-4943<br>Email: bfloch@mnrlawfirm.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Jeffrey Eldridge Marcus<br>Marcus Neiman & Rashbaum, LLP<br>One Biscayne Tower - Suite 1750<br>2 South Biscayne Boulevard<br>Miami, FL 33131<br>305-400-4260<br>Fax: 866-780-8355<br>Email: jmarcus@mnrlawfirm.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Jeffrey Adam Neiman<br>Marcus Neiman & Rashbaum LLP<br>100 Southeast Third Avenue<br>Suite 805<br>Fort Lauderdale, FL 33394<br>954 462 1200 |

| | | |
|---|---|---|
| | | Fax: 9546882492<br>Email: jneiman@mnrlawfirm.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Michael Anthony Pineiro<br>Marcus Neiman & Rashbaum LLP<br>2 S. Biscayne Boulevard<br>Suite 1750<br>Miami, FL 33131<br>3054004268<br>Email: mpineiro@mnrlawfirm.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Andrew B. Brettler<br>Berk Brettler LLP<br>9119 Sunset Blvd.<br>West Hollywood, CA 90069<br>(310) 278-2111<br>Email: abrettler@berkbrettler.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| Caroline Ellison | | Stephanie Avakian<br>Wilmer Hale<br>2100 Pennsylvania Avenue NW<br>Washington, DC 20037<br>202-663-6471<br>Email:<br>stephanie.avakian@wilmerhale.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| Gary Wang | represented by | **Alex B. Miller**<br>Fried Frank<br>One New York Plaza<br>New York, NY 10004<br>212-859-8000<br>Email: alex.miller@friedfrank.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| Nishad Singh<br>746 Jennifer Way<br>Milpitas, CA 95035 | represented by | **Andrew Goldstein**<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>202 842 7800 |

| | | |
|---|---|---|
| | | Email: agoldstein@cooley.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| Dan Friedberg | represented by | **Telemachus Kasulis**<br>Morvillo Abramowitz Grand Iason &<br>Anello PC<br>565 Fifth Ave<br>New York, NY 10017<br>212-880-9555<br>Email: tkasulis@maglaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| Gary Gallant | represented by | Joseph M. Kaye<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Stephen N. Zack<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Ursula Ungaro<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Alexander Boies<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>David Boies<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>Adam M. Moskowitz<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| David Nicol | represented by | Joseph M. Kaye<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Stephen N. Zack<br>(See above for address)<br>*LEAD ATTORNEY* |

| | | |
|---|---|---|
| | | *ATTORNEY TO BE NOTICED*<br><br>Ursula Ungaro<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Alexander Boies<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>David Boies<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>Adam M. Moskowitz<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| Sunil Kavuri | represented by | Adam M. Moskowitz<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| Edwin Garrison | represented by | Adam M. Moskowitz<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| Golden State Warriors, LLC | | Matthew S Kahn<br>Gibson, Dunn & Crutcher LLP<br>555 Mission Street<br>Suite 3000<br>San Francisco, CA 94105<br>415-393-8200<br>Email: mkahn@gibsondunn.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| Michael Norris | represented by | Adam M. Moskowitz<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>305 740-1423<br>Email: adam@moskowitz-law.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Jose Manuel Ferrer<br>Mark Migdal and Hayden<br>80 SW 8 Street<br>Suite 1999 |

|  |  | 33130<br>Miami, FL 33131<br>305-374-0440<br>Email: jose@markmigdal.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Miami, FL 33134<br>(305) 740-1423<br>Email: joseph@moskowitz-law.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Stephen N. Zack<br>Boies Schiller & Flexner<br>100 SE 2nd Street<br>Suite 2800, Miami Tower<br>Miami, FL 33131-2144<br>305-539-8400<br>Fax: 305-539-1307<br>Email: szack@bsfllp.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Ursula Ungaro<br>Boies Schiller Flexner LLP<br>100 SE 2nd Street<br>Suite 2800<br>Miami, FL 33131<br>305-479-6553<br>Email: uungaro@bsfllp.com *(Inactive)*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Alexander Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>Email: aboies@bsfllp.com<br>*ATTORNEY TO BE NOTICED*<br><br>David Boies |
|--|--|--|

| | | |
|---|---|---|
| | | Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>(914) 749-8200<br>Email: dboies@bsfllp.com<br>*ATTORNEY TO BE NOTICED* |
| Brandon Rowan | represented by | Adam M. Moskowitz<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Jose Manuel Ferrer<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Joseph M. Kaye<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Stephen N. Zack<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Ursula Ungaro<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Alexander Boies<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>David Boies<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| Michael Livieratos | represented by | Adam M. Moskowitz<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Jose Manuel Ferrer<br>(See above for address)<br>*LEAD ATTORNEY* |

| | | |
|---|---|---|
| | | *ATTORNEY TO BE NOTICED*<br><br>Joseph M. Kaye<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Stephen N. Zack<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Ursula Ungaro<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Alexander Boies<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>David Boies<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| Shengyun Huang | represented by | Adam M. Moskowitz<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Jose Manuel Ferrer<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Joseph M. Kaye<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Stephen N. Zack<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Ursula Ungaro<br>(See above for address) |

| | | |
|---|---|---|
| | | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Alexander Boies<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>David Boies<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| Vijeth Shetty | represented by | Adam M. Moskowitz<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Jose Manuel Ferrer<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Joseph M. Kaye<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Stephen N. Zack<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Ursula Ungaro<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Alexander Boies<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>David Boies<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| Bo Yang | represented by | Adam M. Moskowitz<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| | | Jose Manuel Ferrer<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Joseph M. Kaye<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Stephen N. Zack<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Ursula Ungaro<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Alexander Boies<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>David Boies<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| Connor O'Keefe | Represented by | Amy Michelle Bowers<br>Stumphauzer Foslid Sloman Ross &<br>Kolaya, PLLC<br>2 South Biscayne Boulevard<br>Suite 1600<br>Miami, FL 33131<br>305-614-1404<br>Fax: 305-614-1425<br>Email: abowers@sfslaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Jorge A. Perez Santiago<br>Stumphauzer Kolaya Nadler &<br>Sloman, PLLC<br>Two South Biscayne Boulevard<br>Ste 1600<br>Miami, FL 33131 |

|  |  | 305-614-1400<br>Email: jperezsantiago@sknlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Benjamin D. Reichard<br>Richard Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email:<br>breichard@fishmanhaygood.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>C. Hogan Paschal<br>Fishman Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email:<br>hpaschal@fishmanhaygood.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>James R. Swanson<br>Fishman Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email:<br>jswanson@fishmanhaygood.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Kerry James Miller<br>Fishman Haygood LLP<br>201 St. Charles Avenue, Suite 4600<br>New Orleans, LA 70170<br>504-586-5252<br>Email: kmiller@fishmanhaygood.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Monica Bergeron<br>Fishman Haygood L.L.P. |
|---|---|---|

| | | 201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email:<br>mbergeorn@fishmanhaygood.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Timothy Andrew Kolaya<br>Stumphauzer Kolaya Nadler &<br>Sloman, PLLC<br>2 S. Biscayne Boulevard<br>Suite 1600<br>Miami, FL 33131<br>305-614-1400<br>Fax: 305-614-1425<br>Email: tkolaya@sknlaw.com<br>*ATTORNEY TO BE NOTICED* |
| Sequoia Capital Operations, LLC | represented by | Jennifer Kennedy Park<br>Cleary Gottlieb Steen & Hamilton<br>LLP<br>1841 Page Mill Road, Suite 250<br>Palo Alto, CA 94304<br>650-815-4130<br>Email: jkpark@cgsh.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Joon Kim<br>Cleary Gottlieb Steen & Hamilton<br>LLP<br>One Liberty Plaza<br>New York, NY 10006<br>212-225-2950<br>Email: jkim@cgsh.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>Paul Courtney Huck , Jr<br>Lawson Huck Gonzalez, PLLC<br>334 Minorca Avenue<br>Coral Gables, FL 33134<br>305-793-3232<br>Email:<br>paul@lawsonhuckgonzalez.com<br>*ATTORNEY TO BE NOTICED* |

| Thoma Bravo L.P. | represented by | Mark Edward McKane<br>Kirkland & Ellis LLP<br>555 California Street<br>San Francisco, CA 94104<br>(415) 439-1473<br>Fax: (415) 439-1500<br>Email: mark.mckane@kirkland.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Anna Terteryan<br>Kirkland and Ellis LLP<br>555 California Street<br>Suite 2700<br>San Francisco, CA 94104<br>415-439-1864<br>Fax: 415-439-1500<br>Email: anna.terteryan@kirkland.com<br>*ATTORNEY TO BE NOTICED*<br><br>Stephen M. Silva<br>Kirkland & Ellis LLP<br>555 California Street<br>San Francisco, CA 94104<br>415-439-1359<br>Email: stephen.silva@kirkland.com<br>*ATTORNEY TO BE NOTICED* |
| Paradigm Operations LP | represented by | Alexander C. Drylewski<br>Skadden, Arps, Slate, Meagher Flom LLP<br>One Manhattan West<br>New York, NY 10001-8602<br>212-735-3000<br>Fax: 212-735-2000<br>Email:<br>alexander.drylewski@skadden.com<br>*ATTORNEY TO BE NOTICED*<br><br>Mark R.S. Foster<br>Skadden Arps Slate Meagher & Flom LLP<br>CA<br>525 University Ave.<br>Ste 1400<br>Palo Alto, CA 94103<br>(650) 470-4580 |

| | | |
|---|---|---|
| | | Fax: (650) 470-4570<br>Email: mark.foster@skadden.com<br>*ATTORNEY TO BE NOTICED* |
| Fenwick & West LLP | represented by | David Richardson Atkinson , Jr.<br>Gunster Yoakley & Stewart<br>777 South Flagler Drive, Suite 500<br>East<br>West Palm Beach, FL 33401<br>561-650-0547<br>Email: datkinson@gunster.com<br>LEAD ATTORNEY<br>*ATTORNEY TO BE NOTICED*<br><br>Nicole K. Atkinson<br>Gunster Yoakley & Stewart<br>777 S Flagler Drive<br>Suite 500 E<br>West Palm Beach, FL 33401-6194<br>561-650-0561<br>Fax: 655-5677<br>Email: natkinson@gunster.com<br>*ATTORNEY TO BE NOTICED* |
| Patrick J. Rabbitte | represented by | Shawn A. Williams<br>Robbins Geller Rudman & Dowd LLP<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>(415) 288-4545<br>Fax: (415) 288-4534<br>Email: shawnw@rgrdlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Anny Marie Martin<br>Robbins Geller Rudman & Dowd LLP<br>Robbins Geller Rudman & Dowd LLP<br>225 NW Mizner Blvd.,<br>Suite 720<br>33432<br>Boca Raton, FL 33432<br>561-750-3000<br>Fax: 561-750-3364<br>Email: amartin@rgrdlaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>Brian Edward Cochran |

| | | |
|---|---|---|
| | | Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101-8498<br>(619) 231-1058<br>Fax: (619) 231-7423<br>Email: BCochran@rgrdlaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>Eric Ian Niehaus<br>Robbins Geller Rudman and Dowd<br>LLP<br>655 West Broadway<br>Suite 1900<br>San Diego, CA 92101-3301<br>619-231-1058<br>Fax: 619-231-7423<br>Email: ericn@rgrdlaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>Hadiya Khan Deshmukh<br>Robbins Geller Rudman & Dowd LLP<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>(415) 288-4545<br>Fax: (415) 288-4534<br>Email: hdeshmukh@rgrdlaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>Kenneth P. Dolitsky<br>Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101-8498<br>(619) 231-1058<br>Fax: (619) 231-7423<br>Email: kdolitsky@rgrdlaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>Stuart Andrew Davidson<br>Robbins Geller Rudman & Dowd LLP<br>225 NE Mizner Boulevard<br>Suite 720<br>Boca Raton, FL 33432<br>561-750-3000<br>Fax: 561-750-3364 |

| | | |
|---|---|---|
| | | Email: sdavidson@rgrdlaw.com<br>*ATTORNEY TO BE NOTICED* |
| Mark Girshovich | | Azra Z. Mehdi<br>The Mehdi Firm, PC<br>95 Third Street<br>2nd Floor, Ste No. 9122<br>San Francisco, CA 94103<br>(415) 905-8880<br>Fax: (415) 905-8880<br>Email: azram@themehdifirm.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| Statistica Capital Ltd. | represented by | Caroline Emhardt<br>2341 Jefferson St<br>Ste 200<br>San Diego, CA 92110<br>619-215-1741<br>Email: caroline@fitzgeraldjoseph.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>James Davis<br>Blood Hurst & O'Reardon<br>501 W Broadway<br>Ste 1490<br>San Diego, CA 92101<br>619-338-1100<br>Email: jdavis@bholaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>Melanie Rae Persinger<br>Fitzgerald Joseph LLP<br>2341 Jefferson St.<br>Suite 200<br>San Diego, CA 92110<br>619-215-1741<br>Email: melanie@fitzgeraldjoseph.com<br>*ATTORNEY TO BE NOTICED*<br><br>Paul K Joseph<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street<br>Ste 200<br>92110<br>San Diego, CA 92110<br>619-215-1741 |

| | | |
|---|---|---|
| | | Email: paul@fitzgeraldjoseph.com<br>*ATTORNEY TO BE NOTICED*<br><br>Thomas J. O'Reardon , II<br>Blood Hurst & O'Reardon, LLP<br>600 B Street, Suite 1550<br>San Diego, CA 92101<br>(619)-338-1100<br>Fax: (619)-338-1101<br>Email: toreardon@bholaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>Timothy Gordon Blood<br>Blood Hurst & O'Reardon LLP<br>600 B Street Suite 1550<br>San Diego, CA 92101<br>619-338-1100<br>Fax: 619-338-1101<br>Email: tblood@bholaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>Trevor Flynn<br>Fitzgerald Joseph, LLP<br>2341 Jefferson Street<br>Ste 200<br>San Diego, CA 92110<br>619-215-1741<br>Email: trevor@fitzgeraldjoseph.com<br>*ATTORNEY TO BE NOTICED*<br><br>John Joseph Fitzgerald , IV<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>619-215-1741<br>Fax: 619-331-2943<br>Email: jack@fitzgeraldjoseph.com<br>*ATTORNEY TO BE NOTICED* |
| Statistica Ltd. | | Caroline Emhardt<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>James Davis<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| | | Melanie Rae Persinger<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>Paul K Joseph<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>Thomas J. O'Reardon , II<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>Timothy Gordon Blood<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>Trevor Flynn<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>John Joseph Fitzgerald , IV<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| Signature Bank | represented by | Elizabeth M. Sacksteder<br>Paul Weiss (NY)<br>1285 Avenue of the Americas<br>New York, NY 10019<br>212-373-3000<br>Fax: 212-757-3990<br>Email: esacksteder@paulweiss.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>H. Christopher Boehning<br>Paul, Weiss, Rifkind, Wharton &<br>Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>212-373-3061<br>Fax: 212-757-3990<br>Email: cboehning@paulweiss.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Jessica Sombat Carey |

| | | |
|---|---|---|
| | | Paul Weiss (NY)<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212)-373-3566<br>Fax: (212)-492-0566<br>Email: jcarey@paulweiss.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **VIA US or INTERNATIONAL MAIL** | | |
| Deltec Bank and Trust Company Limited<br>Deltec House, Lyford Cay<br>Nassau, Bahamas | | |
| Farmington State Bank d/b/a Moonstone Bank<br>103 North First Street<br>Farmington, WA 99128 | | |
| Jean Chalopin<br>Deltec House, Lyford Cay<br>Nassau, Bahamas | | |
| Temasek Holdings (Private) Limited<br>60B Orchard Road<br>#06-18 Tower 2<br>The Atrium@Orchard<br>Singapore 238891 | | |
| Softbank Vision Fund (AIV M2) L.P.<br>C/O Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 | | |
| Altimeter Capital Management, LP<br>The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801 | | |
| Multicoin Capital Management LLC<br>501 West Ave., Apt. 3803<br>Austin, TX 78701 | | |
| Tiger Global Management, LLC<br>Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 | | |
| Sino Global Capital Limited<br>c/o Matthew Graham | | |

| | | |
|---|---|---|
| Chaoyang, Beijing, Beijing Shi, 100125, China | | |
| Naomi Osaka<br>9621 Arby Dr.<br>Beverly Hills, California, 90210 | | |
| Shohei Ohtani<br>2000 Gene Autry Way<br>Anaheim, California, 92806 | | |
| SoftBank Group Corp<br>Attn: SBGI Legal 1 Circle Star Way, 4F<br>San Carlos, CA 94070 | | |
| Shaquille O'Neal<br>1 Grand Manor Court<br>Sugar Land, Texas 77479-2557 | | |
| Shaquille O'Neal<br>4012 Sahara Ct,<br>Carrollton, TX 75010 | | |
| Caroline Ellison<br>327 Franklin Street<br>Newton, MA 02458 | | |
| Nishad Singh<br>746 Jennifer Way<br>Milpitas, CA 95035 | | |
| Sam Trabucco<br>36 Winner Circle,<br>Wells ME 04090-5174 | | |
| Udonis Haslem<br>5450 SW 192nd Terrace<br>Southwest Ranches, Florida 33332 | | |
| Stephen Curry<br>1 Warriors Way<br>San Francisco, CA 94158 | | |
| Stephen Curry<br>115 Stephanie Lane<br>Alamo, California 94507-1227 | | |
| Zixiao Wang<br>304 Island Lane<br>Egg Harbor Township, NJ 08234 | | |

I further certify that on March 20, 2023, I caused the foregoing Notice of Appearance, Corporate Disclosure Statement, and Memorandum of Law of Defendants Sequoia Capital Operations, LLC and Paradigm Operations LP in Support of the Motion for Transfer of Related

Actions for Coordinated or Consolidated Pretrial Proceedings Pursuant to 28 U.S.C. § 1407 to be served by U.S. mail on the party listed below.

| | | |
|---|---|---|
| Ribbit Capital, LP<br>c/o Registered Agent The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | | |

Dated: March 20, 2023

Respectfully submitted,

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

*/s/ Jennifer Kennedy Park*

Jennifer Kennedy Park
jkpark@cgsh.com
1841 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 815-4130
Facsimile: (650) 815-4199

*Counsel for Defendant*
*Sequoia Capital Operations, LLC*