## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL No. 3076 |

### AMENDED CERTIFICATE OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that on March 10, 2023, copies of the Notice of Appearance and Schedule of Actions, MDL docket numbers 62 and 62-1, respectively, and copies of the Corporate Disclosure Statement and Schedule of Actions, MDL docket numbers 63 and 63-1, respectively, were electronically filed with the Clerk of the JPML by using the CM/ECF system and were served through ECF or by US or International Mail on certain parties on the same day, as reflected below.  On April 19, 2023, certain additional parties were served with the same documents via US Mail, as reflected below.

| VIA CM/ECF (on March 10, 2023) | | |
|---|---|---|
| Patrick Rabbitte | represented by | Eric Ian Niehaus<br>Robbins Geller Rudman and Dowd LLP<br>655 West Broadway Suite 1900<br>San Diego, CA 92101-3301<br>619-231-1058<br>Fax: 619-231-7423<br>Email: ericn@rgrdlaw.com<br><br>Shawn A. Williams<br>Robbins Geller Rudman<br>& Dowd LLP<br>Post Montgomery Center One<br>Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>(415) 288-4545<br>Fax: (415) 288-4534<br>Email: shawnw@rgrdlaw.com |

| Armanino LLP | represented by | Matthew P. Bosher<br> Hunton Andrews Kurth LLP<br>2200 Pennsylvania Ave NW<br>Washington, DC 20037<br>202-955-1864<br>Email: mbosher@huntonak.com<br>Thomas Richard Waskom<br>Hunton Andrews Kurth LLP<br>951 East Byrd St.<br>Richmond, VA 23219<br>(804)788-8403<br>Email: twaskom@HuntonAK.com |
|---|---|---|
| Prager Metis CPAs, LLC | represented by | Joanna Rubin Travalini<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>312-853-2077<br>Email: jtravalini@sidley.com<br><br>Irene Yang<br>Sidley Austin LLP<br>555 California Street Suite<br>2000 San Francisco, California 94104<br>415-772-1230 (San Francisco)<br>650-565-7530 (Palo Alto)<br>Email: irene.yang@sidley.com |
| Connor O'Keefe | Represented by | Amy Michelle Bowers<br>Stumphauzer Foslid Sloman Ross &<br>Kolaya, PLLC<br>2 South Biscayne Boulevard<br>Suite 1600<br>Miami, FL 33131<br>305-614-1404<br>Fax: 305-614-1425<br>Email: abowers@sfslaw.com<br><br>Jorge A. Perez Santiago<br>Stumphauzer Kolaya Nadler &<br>Sloman, PLLC<br>Two South Biscayne Boulevard<br>Ste 1600<br>Miami, FL 33131<br>305-614-1400<br>Email: jperezsantiago@sknlaw.com |

| | | |
|---|---|---|
| | | Benjamin D. Reichard<br>Richard Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email:<br>breichard@fishmanhaygood.com<br><br>C. Hogan Paschal<br>Fishman Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email:<br>hpaschal@fishmanhaygood.com<br><br>James R. Swanson<br>Fishman Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email:<br>jswanson@fishmanhaygood.com<br><br>Kerry James Miller<br>Fishman Haygood LLP<br>201 St. Charles Avenue, Suite 4600<br>New Orleans, LA 70170<br>504-586-5252<br>Email:<br>kmiller@fishmanhaygood.com<br><br>Monica Bergeron<br>Fishman Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email:<br>mbergeorn@fishmanhaygood.com<br><br>Timothy Andrew Kolaya<br>Stumphauzer Kolaya Nadler &<br>Sloman, PLLC<br>2 S. Biscayne Boulevard<br>Suite 1600<br>Miami, FL 33131 |

| | | |
|---|---|---|
| | | 305-614-1400<br>Fax: 305-614-1425<br>Email: tkolaya@sknlaw.com |
| Sequoia Capital Operations, LLC | represented by | Jennifer Kennedy Park<br>Cleary Gottlieb Steen & Hamilton LLP<br>1841 Page Mill Road, Suite 250<br>Palo Alto, CA 94304<br>650-815-4130<br>Email: jkpark@cgsh.com<br><br>Ye Eun Chun<br>Cleary Gottlieb Steen & Hamilton LLP<br>1841 Page Mill Road<br>Palo Alto, CA 94304-1254<br>650-815-4111<br>Email: chchun@cgsh.com<br><br>Joshua Walden<br>Cleary Gottlieb Steen & Hamilton LLP<br>1841 Page Mill Road<br>Palo Alto, CA 94304<br>650-815-4160<br>Email: jwalden@cgsh.com |
| Thoma Bravo L.P. | represented by | Mark Edward McKane<br>Kirkland & Ellis LLP<br>555 California Street<br>San Francisco, CA 94104<br>(415) 439-1473<br>Fax: (415) 439-1500<br>Email: mark.mckane@kirkland.com<br><br>Anna Terteryan<br>Kirkland and Ellis LLP<br>555 California Street<br>Suite 2700<br>San Francisco, CA 94104<br>415-439-1864<br>Fax: 415-439-1500<br>Email: anna.terteryan@kirkland.com |

| | | |
|---|---|---|
| | | Stephen M. Silva<br>Kirkland & Ellis LLP<br>555 California Street<br>San Francisco, CA 94104<br>415-439-1359<br>Email: stephen.silva@kirkland.com |
| Mark Girshovich | represented by | Azra Z. Mehdi<br>The Mehdi Firm, PC<br>95 Third Street<br>2nd Floor, Ste No. 9122<br>San Francisco, CA 94103<br>(415) 905-8880<br>Fax: (415) 905-8880<br>Email: azram@themehdifirm.com |

| | | |
|---|---|---|
| **VIA US or INTERNATIONAL MAIL (on March 10, 2023)** | | |
| Deltec Bank and Trust Company Limited<br>Deltec House, Lyford Cay<br>Nassau, Bahamas | | |
| Farmington State Bank d/b/a Moonstone Bank<br>103 North First Street<br>Farmington, WA 99128 | | |
| Jean Chalopin<br>Deltec House, Lyford Cay<br>Nassau, Bahamas | | |
| Temasek Holdings (Private) Limited<br>60B Orchard Road<br>#06-18 Tower 2<br>The Atrium@Orchard<br>Singapore 238891 | | |
| Softbank Vision Fund (AIV M2) L.P.<br>C/O Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 | | |

| | | |
|---|---|---|
| Altimeter Capital Management, LP<br>The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801 | | |
| Multicoin Capital Management LLC<br>501 West Ave., Apt. 3803<br>Austin, TX 78701 | | |
| Tiger Global Management, LLC<br>Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 | | |
| Sino Global Capital Limited<br>c/o Matthew Graham<br>Chaoyang, Beijing, Beijing Shi,<br>100125, China | | |
| SoftBank Group Corp<br>Attn: SBGI Legal 1 Circle Star Way,<br>4F<br>San Carlos, CA 94070 | | |

| **VIA US MAIL (on April 19, 2023)** | | |
|---|---|---|
| Silvergate Bank | represented by | Stephen Patrick Warren<br>Holland & Knight<br>701 Brickell Avenue<br>Suite 3300<br>Miami, FL 33131<br>305-374-8500<br>Fax: 305-789-7799<br>Email:<br>stephen.warren@hklaw.com<br><br>Benjamin Joseph Tyler<br>Holland and Knight LLP<br>1031 Alhambra Circle<br>Coral Gables, FL 33134<br>7862527121<br>Email:<br>benjamin.tyler@hklaw.com |

| | | John Landry<br>Sheppard, Mullin, Richter &<br>Hampton, LLP<br>333 South Hope Street, 43rd<br>Floor<br>Los Angeles, CA 90071<br>(213) 620-1780<br>Email:<br>jlandry@sheppardmullin.com<br><br>Madalyn A. Macarr<br>Sheppard, Mullin, Richter &<br>Hampton, LLP<br>333 South Hope Street, 43rd<br>Floor<br>Los Angeles, CA 90071<br>(213) 620-1780<br>Email:<br>mmacarr@sheppardmullin.com<br><br>Polly Towill<br>Sheppard, Mullin, Richter &<br>Hampton, LLP<br>333 South Hope Street, 43rd<br>Floor<br>Los Angeles, CA 90071<br>(213) 620-1780<br>Email:<br>ptowill@sheppardmullin.com |
| --- | --- | --- |
| Ribbit Capital, L.P. | represented by | Jacqueline Marie Arango<br>Akerman, Senterfitt<br>Three Brickell City Centre<br>98 Southeast Seventh Street<br>Suite 1100<br>Miami, FL 33131<br>305-374-5600<br>Fax: 305-374-5095<br>Email:<br>jacqueline.arango@akerman.com |
| Fenwick & West LLP | represented by | David Richardson Atkinson , Jr.<br>Gunster Yoakley & Stewart<br>777 South Flagler Drive, Suite<br>500 |

| | | East<br>West Palm Beach, FL 33401<br>561-650-0547<br>Email: datkinson@gunster.com<br><br>Nicole K. Atkinson<br>Gunster Yoakley & Stewart<br>777 S Flagler Drive<br>Suite 500 E<br>West Palm Beach, FL 33401-6194<br>561-650-0561<br>Fax: 655-5677<br>Email: natkinson@gunster.com<br><br>Stephen Carli Richman<br>Gunster<br>777 S. Flagler Drive<br>Suite 500 East<br>West Palm Beach, FL 33401<br>5616551980<br>Email: srichman@gunster.com |
| --- | --- | --- |

Dated: April 19, 2023

Respectfully submitted,

By:   s/ Alexander C. Drylewski
Alexander C. Drylewski
alexander.drylewski@skadden.com
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

*Attorneys for Defendant*
*Paradigm Operations LP*